# United States District Court

_____NORTHERN_____ DISTRICT OF_____CALIFORNIA_____

**FILED**

NOV 2 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Venue: SAN FRANCISCO |
| V. | |
| **FRANCISCO ESTEBAN NARANJO** | **CRIMINAL COMPLAINT** |
| a/k/a Francisco Javier Monrroy | |

**ORIGINAL**    CASE NUMBER:  3  07  70693

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about <u>December 3, 1998</u> in <u>San Mateo County</u>, in the <u>Northern District</u> of <u>California</u> defendant willfully and knowingly made a false statement in an application for a passport with intent to induce or secure the issuance of a passport under the authority of the United States, either for his own use or the use of another, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws, in violation of Title __18__ United States Code, Section __1542__.

I further state that I am a <u>Special Agent of the Diplomatic Security Service</u> and that this complaint is based on the following facts:

**See attached Affidavit in Support of Criminal Complaint**

Maximum Penalties:
Title 18 USC Section 1542:
10 years of imprisonment; $250,000 fine; 3 years of supervised release; and $100 special assessment fee

APPROVED AS TO FORM: _____
Wendy Thomas, SAUSA

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

Warrant of Arrest Requested:  ☒Yes ☐No
      Bail Amount: <u>N/A</u>

_____
Signature of Complainant, Michael Suau

Sworn to before me and subscribed in my presence,

<u>November 20, 2007</u>       at <u>San Francisco, California</u>
Date                    City and State

**Bernard Zimmerman**
**United States Magistrate Judge**    _____
Name & Title of Judicial Officer         Signature of Judicial Officer

UNITED STATES DISTRICT COURT   )
               ) ss. AFFIDAVIT
NORTHERN DISTRICT OF CALIFORNIA  )

AFFIDAVIT IN SUPPORT OF A CRIMINAL
COMPLAINT CHARGING
FRANCISCO ESTEBAN NARANJO, a/k/a FRANCISCO JAVIER MONRROY,
WITH VIOLATING 18 U.S.C. § 1542,
FALSE STATEMENT IN APPLICATION AND USE OF PASSPORT

I, Michael Suau, do swear and affirm as follows:

**Purpose**

This affidavit establishes probable cause to arrest FRANCISCO ESTEBAN NARANJO for False Statement in Application and Use of a Passport, in violation of 18 U.S.C. § 1542. FRANCISCO ESTEBAN NARANJO is alleged to have applied for a United States passport in the false name of FRANCISCO JAVIER MONRROY. This affidavit does not contain every fact, piece of information or evidence concerning this alleged violation.

**Affiant Background**

I am a Special Agent employed by the United States Department of State, Diplomatic Security Service ("DSS"). DSS Special Agents are empowered under Title 22 U.S.C. § 2709 to investigate passport fraud and to apply for and serve warrants. I have a bachelor's degree and a Juris Doctorate from the University of Florida, and I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program as well as the Diplomatic Security Service's Basic Special Agency Course. I have received and receive on an ongoing basis, training in the laws, rules and regulations concerning passports.

**Relevant Statute**

The Passport Act of 1926, as amended, was in full force and effect throughout the period of this investigation. This Act, codified in 22 U.S.C. § 211a, authorized the United States Secretary of State to grant and issue United States passports under rules prescribed by the President and/or other federal laws. Some of these rules are that a person wanting a United States passport must complete and submit an application to the State Department and must submit proof of American citizenship, usually a birth certificate, and proof of identity, usually a driver's license, with their application. Another rule allows officers at United States Post Offices to accept passport applications, and to then forward them to the State Department for processing.

1

Title 18 U.S.C. § 1542 states, in pertinent part, "Whoever willfully and knowingly makes any false statement in an application for a passport with intent to induce or secure the issuance of a passport under the authority of the United States, either for their own use or the use of another, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws...shall be fined under this title...or imprisoned not more than 10 years...or both." Title 18 U.S.C. § 3291 provides for a ten year statute of limitations for passport offenses.

**Case Facts and Evidence**

1. On or about May 30, 2007, a person purporting to be FRANCISCO JAVIER MONRROY submitted a DS-11 application for a United States passport at the Dubuque Avenue, San Francisco, CA, Post Office, which is located in the Northern District of California. This application was referred to DSS for criminal investigation because of a fraud lookout associated with an abandoned application submitted to the San Mateo, CA, Post Office, under the same name on December 3, 1998. A review of the December 3, 1998 application and other State Department records disclosed that the 1998 applicant submitted a photograph, a California Driver's License (No. B7827457), and a California birth certificate with the application, and that the applicant listed the following information:

Name:  FRANCISCO JAVIER MONRROY
Birth date:  October 2, 1979
Place of birth:  San Francisco, California
Mother's Name:  Micaela Mayorga
Mother's Place of Birth:  Mexico
Father's Name:  Carifelario Monroy
Father's Place of Birth:  Mexico
Social Security Number:  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
California Driver's License:  B7827457

2. On July 19, 2007, I reviewed records, photographs, and right-hand thumbprints on file with the California Department of Motor Vehicles (DMV) from the California Driver's License (B7827457), issued August 29, 1998, which was submitted with the aforementioned 1998 passport application. I noted that two different individuals with two different fingerprints and two different signatures appeared to have obtained licenses under this identity. I sent all of the images and associated fingerprints I had obtained for this license to the Department of Homeland Security for analysis. On July 19, 2007, I received a response that all the fingerprints for this license matched one another except for the fingerprint on the August 29, 1998, license.

3. On July 30, 2007, I performed additional record checks and found that a photograph associated with California Driver's License B9017439, bearing the name FRANCISCO ESTEBAN NARANJO, strongly resembled the defendant. An additional fingerprint analysis by the Department of Homeland Security revealed that the fingerprint

on file for California Driver's License B9017439 matched the fingerprint submitted with the 1998 passport application.

4. On August 24, 2007, I received a copy of Arizona Driver's License D02989339, bearing the name FRANCISCO JAVIER MONRROY. The license was forwarded to me by Richard Macias, the Fraud Program Manager for the United States Passport Agency who obtained it by performing record checks. I observed that the individual in the photograph associated with Arizona Driver's License D02989339 strongly resembled the photographs associated with the California Driver's License B9017439 and the December 3, 1998, passport application.

5. On July 30, 2007, Special Agent Jose Pacheco and I went to the address listed on the 2007 DS-11 passport application. We met with MICAELA MAYORGA, who identified herself as the mother of FRANCISCO JAVIER MONRROY. MICAELA MAYORGA is also listed as the mother of FRANCISCO JAVIER MONRROY on his birth certificate. She identified the individual in the 2007 passport application as her son and provided his contact information. She also said that she did not know who the person was in the December 3, 1998, passport application.

6. On July 30, 2007, Special Agent Jose Pacheco and I interviewed FRANCISCO JAVIER MONRROY at his place of employment. He provided Agent Pacheco and I with a complete biographical history that matched information I had collected about the identity FRANCISCO JAVIER MONRROY. He also stated he had various problems regarding his Social Security number for several years, but said he did not know FRANCISCO ESTEBAN NARANJO.

7. On August 3, 2007, Special Agent Cassius Gray and I interviewed CANDERLARIO MONRROY JR., the half brother of FRANCISCO JAVIER MONRROY, who recognized the photograph associated with California Driver's License B9017439, bearing the name FRANCISCO JAVIER MONRROY, as an old acquaintance, FRANCISCO ESTEBAN NARANJO.

8. A comparison of the passport applications submitted in 1998 and 2007 show that they both list the same social security number, date of birth, as well as the mother and father's names and birthplaces. The birth certificate submitted with the 1998 application also bears the names and birthplaces of the mother and father found in both applications.

9. It has been my experience that persons who otherwise would not be able to legally obtain a U.S. passport often use false identification documents to obtain a passport. These persons are often illegal aliens who seek to pose as a U.S. citizen, or use a passport to create false identities to further criminal activities, or both.

3

**Conclusion**

I respectfully submit that the above presented facts establish probable cause to believe that FRANCISCO ESTEBAN NARANJO, did possess a birth certificate and social security number knowing them to belong to someone else when he submitted it with an application for a United States Passport at the Dubuque Avenue, San Francisco CA, Post Office, in violation of Title 18, United States Code, Section 1542, False Statement in Application and Use of Passport, while in the Northern District of California.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Michael Suau
Diplomatic Security Service
U.S. Dept. of State

SUBSCRIBED AND SWORN BEFORE ME
On November 20, 2007

The Honorable Bernard Zimmerman
US Magistrate Judge
Northern District of California

4